JOSEPH MEEHAN, as Executor of ELIZA MEEHAN, Deceased, Appellant, *v.* THE EMIGRANT INDUSTRIAL SAVINGS BANK et al., Respondents.

*Banks and banking — savings banks — title — action to determine ownership of savings bank account.*

*Meehan* v. *Emigrant Industrial Savings Bank*, 213 App. Div. 807, affirmed.

(Argued October 22, 1925; decided November 24, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1925, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term directing a dismissal of the complaint and directing that defendant savings bank pay a sum on deposit to defendant Quirk. The action was brought to determine the ownership of the account which stood in the name of " Eliza Meehan for niece Lizzie Quirk." Plaintiff, the son and executor of Eliza Meehan, deceased, claimed the fund as part of the assets of her estate.

*T. Louis A. Britt* for appellant.

*John Caldwell Myers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.

---

CATHERINE V. TROWBRIDGE, Appellant, *v.* KATIE OEHMSEN, Respondent.

*Rescission — false representations — real property — action to rescind deed and bond and mortgage and recover purchase money on ground of false representations.*

*Trowbridge* v. *Oehmsen*, 207 App. Div. 740, affirmed.

(Argued October 22, 1925; decided November 24, 1925.)

APPEAL from a judgment, entered May 18, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the

complaint. The action was to set aside a deed of real property made by defendant to plaintiff, to cancel and set aside a bond and mortgage made by plaintiff to defendant upon such conveyance and to recover the purchase money paid by plaintiff for the property on the ground that defendant had misrepresented the premises to the plaintiff in that she had stated that the house was a new structure, well built, when in fact the greater part of it was an old barn rebuilt.

*Benjamin I. Taylor* for appellant.

*William Baruch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.

---

WILLIAM W. MCCARTHY et al., Respondents, *v.* SANTA CLARA LUMBER COMPANY, Appellant.

*Nuisance — owner of sawmill restrained from operating so as to throw soot and cinders on adjacent premises.*

McCarthy v. Santa Clara Lumber Co., 212 App. Div. 844, affirmed. (Argued October 22, 1925; decided November 24, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 14, 1925, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury. The action was to enjoin the defendant from so operating its saw and rossing mill in the village of Tupper Lake as to throw soot and cinders upon adjacent property belonging to the plaintiffs.

*Arthur E. Rose* for appellant.

*George J. Moore* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, ANDREWS and LEHMAN, JJ. Not voting: MCLAUGHLIN, J. Absent: CRANE, J.